In the Matter of Francis S. Appleby et al., Petitioners, against Spencer E. Bates et al., Constituting the Tax Commission of the State of New York, Respondents.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See post, p. 1115.]

In the Matter of Frank M. Atkins, Petitioner, against Board of Regents of the University of the State of New York, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See 280 App. Div. 840.]